UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL KING, JR.

VERSUS

LOUISIANA HEALTH SERVICE and
INDEMNITY CO. a/k/a BLUECROSS
BLUESHIELD OF LOUISIANA, and
BLUECROSS BLUESHIELD OF ALABAMA

CIVIL ACTION

NUMBER 10-418-FJP-CN

### RULING

This matter is before the Court on the motion to dismiss or, in the alternative, motion for summary judgment by defendant Wal-Mart Stores, Inc. Associates' Health and Welfare Plan, incorrectly sued as BlueCross BlueShield of Louisiana and BlueCross BlueShield of Alabama.[1] Because the plaintiff has failed to oppose this motion within 20 days as required by Local Rule 7.5M, the Court must assume that plaintiff has no opposition to this motion.[2]

---

[1] Rec. Doc. No. 3.

[2] *See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 21 days after service of the motion."

Doc#46873

Furthermore, based on the pleadings, the Court also finds that the motion should be granted as a matter of fact and law.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this **11** day of August, 2010.

                                            FRANK J. POLOZOLA
                                            MIDDLE DISTRICT OF LOUISIANA

Doc#46873